# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:10CV72-MOC-DSC

| | |
|---|---|
| **JENNIFER MARIE JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **COMSYS IT PARTNERS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**THIS MATTER** is before the Court on "Defendant COMSYS' Rule 12(c) Motion for Judgment on the Pleadings" (doc. 57) filed July 30, 2010, "Plaintiff's Motion for Leave to File Second Amended Complaint" (doc. 61) filed on August 2, 2010, and the parties' associated briefs and exhibits (doc. 58, 63, 64, 65, and 66).

This matter was referred to the undersigned Magistrate Judge on May 16, 2011 pursuant to 28 U.S.C. § 636(b)(1), and these Motions are now ripe for consideration.

Having conferred telephonically with the chambers of the Honorable Max O. Cogburn, Jr. (the District Judge to whom this case is assigned), the Court grants "Plaintiff's Motion for Leave to File Second Amended Complaint"

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

Accordingly, "Defendant COMSYS' Rule 12(c) Motion for Judgment on the Pleadings" is administratively DENIED as moot without prejudice.

**SO ORDERED.**  Signed: May 17, 2011

David S. Cayer
United States Magistrate Judge