# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:10CV72-MOC-DSC

| | |
|---|---|
| JENNIFER MARIE JONES, | ) |
| Plaintiff, | ) |
| vs. | ) **MEMORANDUM AND ORDER** |
| COMSYS IT PARTNERS, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Defendant COMSYS' Motion to Dismiss Plaintiff's Second Amended Complaint," Doc.85, filed June 27, 2011, "Defendants Michael Muscatell, Karla Meador, Terry Bell, Michael Barker, and Keith Markham's Motion to Dismiss Plaintiff's Second Amended Complaint," Doc. 88, filed June 27, 2011, "Plaintiff's Motion to Stay Proceedings," Doc. 93, filed July 14, 2011, and "Plaintiff's Motion for Extension of Time to Answer Pleadings and Motions Filed June 27, 2011," Doc. 94 filed on July 14, 2011, and the parties' associated briefs and exhibits, Docs. 86, 87, 89, 99, 100, and 101.

These matters were referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), and are now ripe for consideration.

For the reasons stated in Defendants' Response to Plaintiff's Motion to Stay Proceedings, Doc. 100, the Court <u>denies</u> Plaintiff's Motion to Stay Proceedings.

In accordance with <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' Motion to Dismiss, Docs. 85 and 88. Pursuant to that right and Plaintiff's consented to Motion for Extension of Time, the Court <u>grants</u> Plantiff's Motion for Extension of Time.

The Court advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that:

1. "Plaintiff's Motion to Stay Proceedings," Doc. 93, filed July 14, 2011, is **DENIED**.

2. "Plaintiff's Motion for Extension of Time to Answer Pleadings and Motions Filed June 27, 2011," Doc. 94 filed on July 14, 2011 is **GRANTED**. Plaintiff is allowed until September 2, 2011 to respond to "Defendant COMSYS' Motion to Dismiss Plaintiff's Second Amended Complaint," Doc.85, filed June 27, 2011, and "Defendants Michael Muscatell, Karla Meador, Terry Bell, Michael Barker, and Keith Markham's Motion to Dismiss Plaintiff's Second Amended Complaint," Doc. 88, filed June 27, 2011.

**SO ORDERED.**

Signed: August 12, 2011

David S. Cayer
United States Magistrate Judge