# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv72

| | |
|---|---|
| **JENNIFER MARIE JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **COMSYS IT PARTNERS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendants' Motion for Settlement Agreement Enforcement (#111) and plaintiff's Motion to Compel (#112). On August 30, 2011, the court entered an Order based on the parties' "Case Settlement Notice," and provided in that Order that the

> court will administratively close this matter until November 1, 2011. By such date, the parties shall either file their stipulation of dismissal with prejudice or, failing such, the court will dismiss this case on that date without prejudice.

Order (#104).

In December 2011, the instant motions were filed and such motions were heard on May 17, 2012. At the conclusion of such hearing, the court enforced the settlement agreement and further directed defendants to provide plaintiff with an original of the settlement agreement, verify that such was an original, and deliver that document to plaintiff in person. Defendants have now verified their compliance with such bench Order and delivered to plaintiff in person an original settlement agreement. See Affidavit of Kimberly Q. Cacheris (#136).

It appearing that the settlement agreement has been complied with by all parties and that plaintiff has received an original of the settlement agreement as requested, the court will

-1-

now dismiss this action with prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that the defendants' Motion for Settlement Agreement Enforcement (#111) and plaintiff's Motion to Compel (#112) are **GRANTED** as stated during the May 17, 2012, hearing, and this action is **DISMISSED** in its entirety with prejudice.

Signed: May 30, 2012

Max O. Cogburn Jr.
United States District Judge